IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID CODELL PRIDE, Jr., <br><br> Plaintiff, <br><br> v. <br><br> M. SILVA, Jr., <br><br> Defendant. | 12-cv-02357-CAB (RBB) <br><br> **ORDER DISMISSING CASE WITH PREJUDICE** <br><br> [Doc. No. 48] |

On June 6, 2014, the parties filed a Joint Motion to Dismiss all claims against Defendant M. Silva with prejudice. The parties, having settled this case in conjunction with the case *Pride v. Correa*, 07-CV-1382-BEN-JMA, voluntarily consent to the Magistrate Judge's retention of jurisdiction over this action to enforce the terms of the settlement agreement pertaining to both cases, and the terms of the settlement agreement are hereby incorporated in this dismissal order. *See* Fed. R. Civ. Proc. 41(a)(1)(A)(ii); *Kokkonen v. Guardian Life Ins. Co. of Am.*, 511 U.S. 375, 381, 114 S.Ct. 1673, 128 L.Ed.2d 391 (1994).

The Court **GRANTS** the Motion and dismisses this action in its entirety with prejudice. Each party will bear its own costs and attorney's fees.

IT IS SO ORDERED.

Dated: 6/6/14

The Honorable Cathy Ann Bencivengo