## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

DAVID CODELL PRIDE, JR.,

              Plaintiff,

v.

M. SILVA, JR.,

              Defendant.

Case Number: 12cv2357-CAB(RBB)

**CONSENT TO EXERCISE OF JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE AND ORDER OF REFERENCE**

### CONSENT TO JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE

    The parties, having settled this case, by signing below further voluntarily consent to the jurisdiction of United States Magistrate Judge Jan M. Adler to enforce the settlement AND, that any decision by the Magistrate Judge regarding any such dispute(s), 1 or 2, above, shall be FINAL AND BINDING AND FROM WHICH THE PARTIES SPECIFICALLY WAIVE ANY RIGHT TO APPEAL.
    The parties intend to provide Magistrate Judge Adler with plenary authority to achieve finality, reduce the risk of future litigation, and provide a venue to solve disputes with a minimum of expense. As part of his authority, Magistrate Judge Adler may impose any sanction or penalty he deems appropriate, which, in his sole discretion, he believes is commensurate with the nature and severity of the dispute and resolution thereof. This authority includes, but is not limited to, monetary and/or injunctive relief and discretion to impose sanctions or penalties including imposition of any sanction up to and including contempt of court, pursuant to 28 U.S.C. § 636(e).

    This consent is valid for a period of one hundred and eighty (180) days from the date this order is signed by the District Judge:

Signature: _David Pride_

Print name: _Dav[id] Pride_
Indicate attorney/plaintiff/defendant/other:

Date: _5-26-14_

Signature: _Terrence F. Sheehy_

Print name: _Terrence F. Sheehy_
Indicate attorney/plaintiff/defendant/other:

Date: _6/6/2014_

Signature: _____

Print name: _____
Indicate attorney/plaintiff/defendant/other:

Date: _____

Signature: _____

Print name: _____
Indicate attorney/plaintiff/defendant/other:

Date: _____

## ORDER OF REFERENCE

**IT IS HEREBY ORDERED** that this case be referred to the Honorable Jan M. Adler, United States Magistrate Judge, for enforcement of the terms of the settlement agreement in accordance with 28 U.S.C. § 636(c), Fed. R. Civ. P. 73, and the foregoing consent of the parties.

_6/9/14_
/Date

United States District Judge

**CATHY ANN BENCIVENGO**
**U.S. DISTRICT JUDGE**